# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-00083-06-CR-W-DGK |
| | ) | |
| CORRIE E. DUDLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge John T. Maughmer (Doc. 117), to which there has been no objection, the Defendant's plea of guilty to Count Forty-Four of the Superseding Indictment filed on March 30, 2016, is now accepted and the Defendant is adjudged guilty of such offense. The Court notes that its acceptance of Defendant's guilty plea is conditional; the Court may reject the plea agreement at sentencing after reviewing the Presentence Investigation Report. Sentencing will be set by subsequent order of the Court.

    /s/ Greg Kays
    GREG KAYS, CHIEF JUDGE
    UNITED STATES DISTRICT COURT

Dated: May 20, 2016